Bradley P. Thoreson, WSBA #18190
BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Facsimile: (206) 855-5239
Email: bthoreson@buchalter.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| TINFRA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIT CAPITAL GROUP, LLC, a Delaware limited liability company; JIMMY ODOM, an individual; and JAMES THOMMES, an individual,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, WILLFUL MISCONDUCT, GROSS NEGLIGENCE AND FRAUD** |

COMES NOW Plaintiff TINFRA, LLC, by and through its attorneys in this matter, Buchalter, a Professional Corporation, for causes of action against Defendants BIT Capital Group, LLC, Jimmy Odom, and James Thommes (collectively, "Defendants"), and alleges as follows:

## I.    PARTIES

1.    TINFRA LLC ("Plaintiff") is a Delaware limited liability company registered to do business in Washington. Plaintiff has paid all fees and performed all other prerequisites for the maintenance of this action.

COMPLAINT - 1
CASE NO.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

2. Defendant BIT Capital Group, LLC ("BitCap") is a Delaware limited liability company registered to do business in Washington. Upon information and belief, the sole members/governors of BitCap are Defendants Jimmy Odom ("Odom") and James Thommes ("Thommes"). See Exhibit A.

3. Defendant Odom is an individual who does business in this State and County, and, upon information and belief, lives in the State of Washington.

4. Defendant Thommes is an individual who does business in this State and County, and, upon information and belief, lives in the State of Washington.

5. BitCap, Odom and Thommes may collectively be referred to herein as the "Defendants".

## II. JURISDICTION AND VENUE

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1332 because the amount in controversy exceeds $75,000 and because the Plaintiff and the Defendants are citizens of different states.

7. Plaintiff's sole member is Telnyx, LLC, whose sole member is Telnyx, Inc.

8. Telnyx, Inc. is incorporated in Delaware with a principal place of business in Illinois.

9. Upon information and belief, the sole members of BitCap – Odom and Thommes – are citizens of Washington.

10. Venue is proper in this Court because the Agreement, and other issues underlying the dispute including the Property/Primary Hosting Site, are located in Quincy, Grant County, Washington.

## III. STATEMENT OF MATERIAL FACTS

11. On September 1, 2021, Plaintiff and BitCap entered into a "Group Server Management Agreement" (the "Agreement") wherein BitCap agreed to,

COMPLAINT - 2
CASE NO.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

among other things, "**purchase**" real property necessary for the Primary Hosting Site (the "Site"). Section 14 of the Agreement (emphasis supplied). The Agreement is not attached as an exhibit because it contains a confidentiality provision.

12. In return, Plaintiff agreed to advance $1,400,000 to BitCap to be used exclusively to purchase and upgrade the Site. Section 14 of the Agreement.

13. Upon information and belief, BitCap did not use the $1,400,000 paid by Plaintiff to purchase the real property necessary for the Site.

14. BitCap's operations are located in Washington State.

15. A national title company doing a title search for the real property in question, listed in the Agreement as 935 Port Industrial Way, Quincy, Washington, and more commonly known Parcel D in a binding site plan filed with Grant County, recording number 1475650 (the "Property/Primary Hosting Site") is owned by Redoubt Networks LLC ("Redoubt"). This is confirmed by a Statutory Warranty Deed conveying the Property/Primary Hosting Site to Redoubt dated October 12, 2022, Grant County Recorders number 1479123. See Exhibit B. Redoubt is a Washington limited liability company, owned solely by Eric Yingling and has no connection to Defendants, per its annual reports filed with the state. See Exhibit C.

16. A recent search of the Grant County Assessor's website confirmed that BitCap owns no real property located in Grant County at this time, including the Property/Primary Hosting Site. This is also confirmed by recent filings by BitCap with the Washington State Secretary of State.

17. Based on this information, it is clear that BitCap did not purchase the Property/Primary Hosting Site with the funding from the Plaintiff, expressly provided for that purpose.

18. The purchase of the Property/Primary Hosting Site was critical to Plaintiff and the reason it was expressly stated as a requirement in the Agreement

COMPLAINT - 3
CASE NO.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

was because Plaintiff supplied over $30,000,000 worth of CPU's and servers for the use at and on the Property/Primary Hosting Site. Meaning simply, if there were any issues, Plaintiff could obtain control over the Property/Primary Hosting Site, for which Plaintiff advanced $1,400,000 and its equipment valued at over $30,000,000.

19.   BitCap's failure to purchase the Property/Primary Hosting Site not only breaches the Agreement but also constitutes gross negligence, fraud and willful misconduct, rendering all Defendants liability to Plaintiff for all damages caused as a result of the same, which, at this time, are estimated to exceed $2,466,760 and increase daily, in addition to the contractual requirement to repay the $1,400,000. Section's 6, 14 and 18 of the Agreement.

20.   BitCap has also breached the Agreement, by, without limitation, failing to provide the Services required by Section 2 of the Agreement and repay the $1,400,000 advance, after demand based on the material breaches identified above.

21.   On October 25, 2022, Plaintiff gave BitCap Notice of Material Breaches of the Agreement.

22.   BitCap failed to cure the breaches, and as a result, Plaintiff is entitled to the immediate return of its $1,400,000 and the other damages causes by the breaches of the Agreement.

23.   The Agreement does not release the members, governors, officers or directors from indirect, incidental, special, punitive, or consequential damages, **if** the acts complained of were grossly negligent, fraudulent or willful. Section 18 of the Agreement.

24.   Odom and Thommes have committed willful, grossly negligent and fraudulent acts, rendering each of them jointly and severally liable for all damages

COMPLAINT - 4
CASE NO.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

listed in Section 18 of the Agreement, which have been incurred, and which will continue to be incurred, by the Plaintiff.

26. Specifically, Odom and Thommes:
- made representations to purchase the Property/Primary Hosting Site, which were false, misleading and/or omissions by not purchasing the Property/Primary Hosting Site when the $1,400,000 was paid to BitCap by the Plaintiff;

- the promise to purchase the Property/Primary Hosting Site was material;

- each knew the representation were false or became false, once they accepted the $1,400,000 from the Plaintiff but did not purchase the Property/Primary Hosting Site;

- made the representations with the intent that the Plaintiff would pay the $1,400,000, which was intended, in part, to purchase the Property/Primary Hosting Site;

- that the Plaintiff acted and funded in reliance on BitCap's purchasing the Property/Primary Hosting Site, which the funds were contractually earmarked for; and

- damaged Plaintiff as a result of their willful misconduct, gross negligence and fraud in taking Plaintiff's $1,400,000 and not purchasing the Property/Primary Hosting Site and continues to cause additional damages which at this time total no less than $2,466,760 and increase daily.

26. As a result of their willful misconduct, gross negligence and fraud, Odom and Thommes are jointly and severally liability to the Plaintiff for amounts which are currently estimated to exceed $3,866,760.

### IV.    CAUSE OF ACTION

**A. Breach of Contract**

COMPLAINT - 5
CASE NO.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

27. Plaintiff incorporates by reference all prior paragraphs as if fully set forth herein.

28. BitCap has materially breached its contract with Plaintiff, by failing to purchase the Property/Primary Hosting Site and for failing to provide the required Services.

29. Despite demand, BitCap has failed to cure its breaches and return the $1,400,000.

30. As a result, Plaintiff is entitled to the return of its $1,400,000, plus damages in the current amount of no less than $2,466,760, which amount grows daily, plus fees and costs permitted under the Agreement and at common law.

### B. Willful Misconduct, Gross Negligence and Fraud

31. Plaintiff incorporates by reference all prior paragraphs as if fully set forth herein.

32. Odom and Thommes represented to the Plaintiff that the $1,400,000 in funds would be used "exclusively for the purchase and upgrades needed for the Primary Hosting Site to host all the hardware of the Client".

33. Odom and Thommes knew this representation was false at the time made, or at the time it took $1,400,000 from the Plaintiff, which conduct was willful, grossly negligent and/or fraudulent.

34. As a result, Odom and Thommes are personally liable to Plaintiff for all damages their acts and/or omissions caused, including the payment of the $1,400,000 by the Plaintiff, other damages in the amount of no less than $2,466,760, which grows daily, and all other damages permitted by the Agreement, and fees and costs.

35. Plaintiff is entitled to judgment against Odom and Thommes as the members, governors, officers and/or directors of BitCap because of their willful

COMPLAINT - 6
CASE NO.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

misconduct, gross negligence and/or fraud, which triggers the bad boy carve out located in Section 18 of the Agreement.

## V.    REQUEST FOR RELIEF

Having fully set forth its Complaint, Plaintiff respectfully requests that the Court grant the following relief against Defendants:

1.   For Judgment against BitCap for its breaches of contract in the amount of $1,400,000, for other damages currently estimated at $2,466,760, and for fees and costs permitted by the Agreement and the common law;

2.   For judgment against Odom and Thommes for their willful conduct, gross negligence and/or fraud in taking the $1,400,000 in funds from Plaintiff but not purchasing the Property/Primary Hosting Site, as mandated by Section 14 of the Agreement, and for other breaches of contract causing damages estimated at the present time to be no less than $2,466,760, for all other damages permitted by Section 18 of the Agreement, and for fees and costs permitted by the Agreement, in equity or at common law;

3.   For its costs and legal fees as permitted by the contract, equity, common law or statutes; and

4.   For such other and further relief as this Court deems just and equitable.

DATED:  March 24, 2023.

                                                 BUCHALTER
                                               A Professional Corporation

*s/ Bradley P. Thoreson*
Bradley P. Thoreson, WSBA No. 18190
1420 Fifth Ave., Ste 3100
Seattle, WA 98101-1337
Phone: (206) 319-7052
Email: bthoreson@buchalter.com
*Attorneys for Plaintiff*

COMPLAINT - 7
CASE NO.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052