# EXHIBIT A



**WASHINGTON
Secretary of State**
Corporations & Charities Division

```
Filed
Secretary of State
State of Washington
Date Filed: 05/06/2022
Effective Date: 05/06/2022
UBI #: 604 143 539
```

# Designation of Agent/Statement of Change

## BUSINESS INFORMATION

Business Name:
**BIT CAPITAL GROUP, LLC**

UBI Number:
**604 143 539**

Business Type:
**FOREIGN LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**2272 S NEVADA CT APT A302, E WENATCHEE, WA, 98802-5953, UNITED STATES**

Principal Office Mailing Address:
**2272 S NEVADA CT APT A302, E WENATCHEE, WA, 98802-5953, UNITED STATES**

Expiration Date:
**05/31/2022**

Jurisdiction:
**UNITED STATES, DELAWARE**

Formation/Registration Date:
**05/12/2020**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ANY LAWFUL PURPOSE**

## REGISTERED AGENT CONSENT

To change your Registered Agent, please delete the current Registered Agent below.
**Registered Agent Consent (Check One):**
☑
I am the Registered Agent. Use my Contact Information.

☐
I am not the Registered Agent. I declare under penalty of perjury that the Foreign Limited Liability Company has in its records a signed document containing the consent of the person or business named as registered agent to serve in that capacity. I understand the Foreign Limited Liability Company must keep the signed consent document in its records, and must produce the document on request.

---

RCW 23.95.415 requires that all businesses in Washington State have a Registered Agent.
Some of this information is prepopulated from information previously provided. Please make changes as necessary to provide accurate information.

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| JIMMY THOMMES | 5805 N VISTA LN, SPOKANE VLY, WA, 99212-1679, USA | 5805 N VISTA LN, SPOKANE VLY, WA, 99212-1679, USA |

## RETURN ADDRESS FOR THIS FILING

Attention:
**JIMMY THOMMES**
Email:
**T@BITCAP.CO**
Address:
**5805 N VISTA LN, SPOKANE VLY, WA, 99212-1679, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**JAMES**

Last Name:
**THOMMES**

Title:
**CEO**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022050600296952 - 2
Received Date: 05/06/2022
Amount Received: $60.00