# EXHIBIT B

**1479123    10/17/2022 10:34 AM    SWD**
**Page 1 of 5        R 207.50    Grant Co, WA**
**GRANT COUNTY TITLE COMPANY**

THIS SPACE PROVIDED FOR RECORDERS USE
Please print or type all information

RETURN TO:

Christopher F. Ries
RIES LAW FIRM, P.S.
Post Office Box 2119
Moses Lake, WA 98837

GRANT COUNTY TREASURER
No Real Estate Excise Tax Due Under RCW 82.45
255806 - Grant County Title C - RS - 10/17/2022

Document Title: ___ STATUTORY WARRANTY DEED ___

Auditor's File No. of document to be released or assigned: _____

Grantor:    1. ___ Grant County Port District No. 1, a Washington municipal corporation ___
Grantee:    1. ___ Redoubt Networks LLC, a Washington limited liability company ___

Assessor's property tax parcel or account number: ___ 314678000 ___

Legal Description:

    Tract 5D, Port Industrial Park No. 2 Tract 5C Binding Site Plan, according to the Binding Site Plan thereof recorded in Volume 4 of Binding Site Plans, pages 64, 65 and 66, records of Grant County, Washington.

## STATUTORY WARRANTY DEED

**THE GRANTOR**, GRANT COUNTY PORT DISTRICT NO. 1, a Washington municipal corporation, for and in consideration of Ten Dollars ($10.00), and other good and valuable consideration in hand paid, conveys and warrants to REDOUBT NETWORKS LLC, a Washington limited liability company, Grantee, the following described real property:

> Tract 5D, Port Industrial Park No. 2 Tract 5C Binding Site Plan, according to the Binding Site Plan thereof recorded in Volume 4 of Binding Site Plans, pages 64, 65 and 66, records of Grant County, Washington.

APN: 314678000

**SUBJECT TO** rights reserved in federal patents or state deeds; reservations, restrictions, land use and zoning laws; plat dedications, restrictive and protective covenants, easements and rights-of-way of record or in apparent use; and existing or future municipal, county, state or other governmental or quasi-governmental taxes and assessments including LID assessments and utility tap or connection charges, if any.

**SUBJECT TO** this land is included within the Quincy Columbia Basin Irrigation District and is subject to laws of the United States and the State of Washington relative to the Columbia Basin Project and is liable for further assessments, if any, levied by said District.

**SUBJECT TO** an agreement for release of water allotment, recorded January 12, 2001, under Auditor's File No. 1077232, between the Quincy Columbia Basin Irrigation District and KER & RUPERT LLC, WAYNE KER and MARY KER, LAMB-WESTON INC. and GRANT COUNTY PORT DISTRICT NO. 1, records of Grant County, Washington.

**SUBJECT TO** an agreement for release of water allotment, recorded October 6, 2006, under Auditor's File No.1201285, between the Quincy Columbia Basin Irrigation District and PORT DISTRICT NO. 1 OF GRANT COUNTY, records of Grant County, Washington.

**SUBJECT TO** reservation contained in instrument recorded November 10, 1904, under Auditor's File No. 11107, in favor of Northern Pacific Railway Company, which reads in part as follows:

Reserving and excepting from said lands such as are now known, or shall hereafter by ascertained to contain coal or iron, and also the use of such surface ground as may be necessary for mining operations, and the right of

**1479123    Page 3 of 5**

access to such reserved and excepted coal and iron lands for the purpose of exploring, developing and working the same.

**SUBJECT TO** any rights, easements, interests or claims which may exist by reason of or reflected by the following facts shown on the Binding Site Plan recorded July 29, 2022, in Book 4 of Binding Site Plans, pages 64, 65 and 66, under Auditor's File No. 1475650:

- Fence Encroachment.
- Asphalt driveway.
- Curb and Gutter.

**SUBJECT TO** notes delineated on the face of the Port Industrial Park No. 2 Tract 5C Binding Site Plan, as follows:

1. All lots subject to verification by Fire Department for water availability.
2. The approval of this plat does not guarantee the issuance of any other permit.
3. The property described hereon does not lie within a designated flood hazard boundary zone.

**SUBJECT TO** Grantee shall not convey, transfer or otherwise alienate the Property for a period of one (1) year following the date of this Deed in accordance with RCW 53.25.160 and any violation of such covenant shall result in the right by the Grantor to forfeit the land pursuant to RCW 53.25.170.

**SUBJECT TO** Grantee shall within one (1) year from the date of this Deed purchase devote the Property to its intended use as a computational device hosting facility and other uses associated therewith, or shall commence efforts to devote it to such use and if Grantee fails to do so, Grantor may cancel the sale and return the purchase price and title to the Property shall revert to Seller pursuant to RCW 53.25.160.

//

//

//

2

1479123    Page 4 of 5

DATED this 12th day of October, 2022.

**GRANT COUNTY PORT DISTRICT NO. 1**

By: _____
Curt A. Morris, Commissioner

By: _____
Brian A. Kuest, Commissioner

By: _____
Patric F. Connelly, Commissioner

**GRANTOR**

STATE OF WASHINGTON   )
                      ) ss.
County of Grant       )

I certify that I know or have satisfactory evidence that CURT A. MORRIS is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as one of the Commissioners of Grant County Port District No. 1, a Washington municipal corporation, to be the free and voluntary act of such parties for the uses and purposes mentioned in the instrument.

DATED this 12th day of October, 2022.

NOTARY PUBLIC
STATE OF WASHINGTON
DARCI L KLEYN
MY COMMISSION EXPIRES
AUGUST 01, 2024
COMMISSION NO. 187298

(Signature)
Notary Public in and for the State of Washington
Residing in Quincy
My commission expires: 08-01-2024

3

1479123  Page 5 of 5

STATE OF WASHINGTON    )
                       ) ss.
County of Grant        )

I certify that I know or have satisfactory evidence that BRIAN A. KUEST is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as one of the Commissioners of Grant County Port District No. 1, a Washington municipal corporation, to be the free and voluntary act of such parties for the uses and purposes mentioned in the instrument.

DATED this 12th day of October, 2022.

**NOTARY PUBLIC**
**STATE OF WASHINGTON**
DARCI L KLEYN
MY COMMISSION EXPIRES
AUGUST 01, 2024
COMMISSION NO. 187252

(Signature)
Notary Public in and for the State of Washington
Residing in Quincy
My commission expires: 08-01-2024

STATE OF WASHINGTON    )
                       ) ss.
County of Grant        )

I certify that I know or have satisfactory evidence that PATRIC F. CONNELLY is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as one of the Commissioners of Grant County Port District No. 1, a Washington municipal corporation, to be the free and voluntary act of such parties for the uses and purposes mentioned in the instrument.

DATED this 12th day of October, 2022.

**NOTARY PUBLIC**
**STATE OF WASHINGTON**
DARCI L KLEYN
MY COMMISSION EXPIRES
AUGUST 01, 2024
COMMISSION NO. 187252

(Signature)
Notary Public in and for the State of Washington
Residing in Quincy
My commission expires: 08-01-2024

4