# EXHIBIT C



**WASHINGTON Secretary of State**
Corporations & Charities Division

```
Filed
Secretary of State
State of Washington
Date Filed: 01/04/2023
Effective Date: 01/04/2023
UBI #: 604 360 899
```

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

Business Name:
**REDOUBT NETWORKS LLC**

UBI Number:
**604 360 899**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**8716 N KENSINGTON DR, SPOKANE, WA, 99208-8879, UNITED STATES**

Principal Office Mailing Address:
**8716 N KENSINGTON DR, SPOKANE, WA, 99208-8879, UNITED STATES**

Expiration Date:
**12/31/2023**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**12/05/2018**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ANY LAWFUL PURPOSE**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| ERIC YINGLING | 8716 N KENSINGTON DR, SPOKANE, WA, 99208-8879, UNITED STATES | 8716 N KENSINGTON DR, SPOKANE, WA, 99208-8879, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ERIC | YINGLING |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023010400011209 - 1
Received Date: 01/04/2023
Amount Received: $85.00

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**NO**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**NO**
    a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**NO**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**NO**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## CONFIRMATION EMAIL ADDRESS

Note: Please enter in the email address you would like confirmation sent of this annual report and payment receipt.

Email Address:
**EALFANO@REDOUBTNET.COM**

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**EDITH**

Last Name:
**ALFANO**

Title:
☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023010400011209 - 1
Received Date: 01/04/2023
Amount Received: $85.00