Bradley P. Thoreson, WSBA #18190
BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Facsimile: (206) 855-5239
Email: bthoreson@buchalter.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| TINFRA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIT CAPITAL GROUP, LLC, a Delaware limited liability company; JIMMY ODOM, an individual; and JAMES THOMMES, an individual,<br><br>Defendants. | Case No.   2:23-cv-00082<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff certifies that:

1. There is no parent corporation or any publicly held corporation owning 10% or more of Telnyx LLC's stock.
2. The sole member of Tinfra, LLC is Telnyx, LLC.
3. The sole member of Telnyx, LLC is Telnyx, Inc.
4. Telnyx, Inc. is incorporated in Delaware and its principal place of business is in Illinois.
5. The sole members of Bit Capital Group, LLC, are Jimmy Odom and James Thommes.

CORPORATE DISCLOSURE STATEMENT - 1
CASE NO.

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

6. Jimmy Odom is a resident of the State of Washington.

7. James Thommes is a resident of the State of Washington.

DATED: March 24, 2023.

                    BUCHALTER
                    A Professional Corporation

                    *s/ Bradley P. Thoreson*
                    Bradley P. Thoreson, WSBA No. 18190
                    1420 Fifth Ave., Ste 3100
                    Seattle, WA 98101-1337
                    Phone: (206) 319-7052
                    Email: bthoreson@buchalter.com
                    *Attorney for Plaintiff*

CORPORATE DISCLOSURE STATEMENT - 2
CASE NO.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052