Bradley P. Thoreson, WSBA #18190
BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Facsimile: (206) 855-5239
Email: bthoreson@buchalter.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| TINFRA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIT CAPITAL GROUP, LLC, a Delaware limited liability company; JIMMY ODOM, an individual; and JAMES THOMMES, an individual,<br><br>Defendants. | Case No. 2:23-cv-00082<br><br>**PLAINTIFF TINFRA LLC'S DIVERSITY DISCLOSURE STATEMENT**<br><br>PURSUANT TO FED. R. CIV. P. 7.1(A)(2) |

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Plaintiff Tinfra LLC, ("Tinfra"), hereby names and identifies the citizenship of the following individuals or entities whose citizenship is attributed to Tinfra:

The sole member of Tinfra is Telnyx, LLC.

The sole member of Telnyx, LLC is Telnyx, Inc.

Telnyx, Inc. is a Delaware corporation with its principal place of business in Illinois.

PLAINTIFF TINFRA LLC'S DIVERSITY DISCLOSURE STATEMENT - 1
CASE NO. 2:23-CV-00082

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

DATED: March 24, 2023.

                    BUCHALTER
                    A Professional Corporation

*s/ Bradley P. Thoreson*
Bradley P. Thoreson, WSBA No. 18190
1420 Fifth Ave., Ste 3100
Seattle, WA 98101-1337
Phone: (206) 319-7052
Email: bthoreson@buchalter.com
*Attorney for Plaintiff*

PLAINTIFF TINFRA LLC'S DIVERSITY DISCLOSURE STATEMENT - 2
CASE NO. 2:23-CV-00082

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052