1  Thomas F. O'Connell, WSBA 16539
   Davis, Arneil Law Firm, LLP
2  617 Washington St
   Wenatchee, WA 98801
3  Telephone: (509)662-3551
   Fax: (509)662-9074
4  Email:  tom@dadkp.com

5  *Attorneys for Defendants*

6

                IN THE UNITED STATES DISTRICT COURT
7               FOR THE EASTERN DISTRICT OF WASHINGTON
                              AT YAKIMA
8
                                              )
9  TINFRA, LLC, a Delaware limited liability  )  NO.   2;23-CV-00082
   company,                                   )
10                                             )
                          Plaintiff,           )  MOTION FOR PRO HAC VICE
11                                             )  PURSUANT TO LOCAL RULE 83.2(c)
           vs.                                 )
12                                             )  **[WITHOUT ORAL ARGUMENT]**
   BIT CAPITAL GROUP, LLC, a Delaware         )
13 limited liability company; JIMMY ODOM,     )
   an individual; and JAMES THOMMES, an       )
14 individual,                                 )
                                              )
15                        Defendants.          )

16                    **I.    RELIEF REQUESTED**

17    The Moving Party named below moves the court for pro hac vice of the Applicant for

18 Pro Hac Vice named below for the purpose of appearing as a lawyer in this proceeding.

19    **Identity of Moving Party** (Washington State Bar Association Member):

20    **Name:** Thomas F. O'Connell          **WSBA No.** 16539

21       Address: Davis, Arneil Law Firm, LLP
                  617 Washington St, Wenatchee, WA 98801
22
         Telephone: (509)662-3551     Email: tom@dadkp.com
23

24 MOGION FOR PRO HAC VICE                             LAW OFFICES OF
   PER LOCAL RULE 83.2(c)                        **DAVIS, ARNEIL LAW FIRM, LLP**
   Page 1                                              617 WASHINGTON STREET
   C:\ProgramData\activePDF\Temp\DocConverter\API\Input\$a10715       WENATCHEE, WA 98801
   dce5a4$97A84D52767B4677BF3DFC9613A061F2.doc          TELEPHONE (509) 662-3551

**Identity of Applicant for Pro Hac Vice:**

**Name:** Ben McIntosh          **Bar No.** 68248

Jurisdiction of Primary Practice: Missouri

Address: 701 Market Street, Suite 1000
             St. Louis, MO 63101

Telephone: (888)422-8877          Email: ben.mcintosh@swmwlaw.com

Washington Address (if applicable):         N/A

Telephone No.:        N/A                   Email:         N/A

## II.    STATEMENT OF THE FACTS

Applicant for Pro Hac Vice, Ben McIntosh, is co-counsel with the Moving Party representing the Defendant in the above-referenced matter. Applicant for Pro Hac Vice seeks admission pro hac vice pursuant to Local Rule 83.2(c).

## III.    STATEMENT OF THE ISSUE

Should the Applicant for Pro Hac Vice named above be granted admission to the practice of law pursuant to Local Rule 83.2(c) for the purpose of appearing as a lawyer in this proceeding?

## IV.    EVIDENCE RELIED UPON

This motion is based on the accompanying certifications of the Moving Party and the Applicant for Pro Hac Vice.

## V.    LEGAL AUTHORITY

This motion is made pursuant to Local Rule 83.2(c) of the Admission to Practice Rules.

## VI.    PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion.

MOTION FOR PRO HAC VICE
PER LOCAL RULE 83.2(c)
Page 2
C:\ProgramData\activePDF\Temp\DocConverter\API\Input\$a10715
dce5a4$97A84D52767B4677BF3DFC9613A061F2.doc

LAW OFFICES OF
**DAVIS, ARNEIL LAW FIRM, LLP**
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

RESPECTFULLY SUBMITTED this _____ day of _____, 2023.

03/31/2023 | 1:15 PM PDT

DAVIS, ARNEIL LAW FIRM, LLP

By __Thomas F. O'Connell_____
   Thomas F. O'Connell, WSBA No. 16539
   Attorneys for Defendant Bit Capital Group

MOTION FOR PRO HAC VICE
PER LOCAL RULE 83.2(c)
Page 3
C:\ProgramData\activePDF\Temp\DocConverter\API\Input\$a10715
dce5a4$97A84D52767B4677BF3DFC9613A061F2.doc

LAW OFFICES OF
**DAVIS, ARNEIL LAW FIRM, LLP**
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

# CERTIFICATION OF APPLICANT FOR PRO HAC VICE

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1. I am a member in good standing of the bar of the state or territory of the United States or of the District listed above as my jurisdiction of primary practice.

2. I am a resident of Missouri and maintain a law practice in that jurisdiction of primary practice.

3. I have read the ABA model Rules of Professional Conduct and the Rules of Professional Conduct adopted by the Supreme Court of the State of Washington and agree to abide by them.

4. I have complied with all of the requirements of Local Rule 83.2(c).

5. I have read the foregoing motion and certification and the statement contained in it are full, true and correct.

SIGNED this 03/31/2023 | 12:26 PM PDT, at City, State.

DocuSigned by:
Ben McIntosh
8D8E06C1554944E...
Ben McIntosh
Applicant for Pro Hac Vice

MOTION FOR PRO HAC VICE
PER LOCAL RULE 83.2(c)
Page 4
C:\ProgramData\activePDF\Temp\DocConverter\API\Input\$a10715dce5a4$97A84D52767B4677BF3DFC9613A061F2.doc

LAW OFFICES OF
**DAVIS, ARNEIL LAW FIRM, LLP**
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

**CERTIFICATION OF MOVING PARTY/WSBA MEMBER**

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1. I am an active member in good standing of the Washington State Bar Association and the Eastern District of Washington as of March 2, 1987.

2. I will be the lawyer of record in this proceeding, responsible for the conduct of the applicant, and present at proceedings in this matter as set forth in the Order for Pro Hac Vice unless excused by the Court.

3. I have submitted a copy of this motion together with the required fee of $200.00 *per applicant* to the Eastern District of Washington, 920 West Riverside Avenue, Room 840, Spokane, WA 99201.

4. I have complied with all of the requirements of Local Rule 83.2(c).

5. I have read the foregoing motion and certification and the statement contained in it are full, true and correct.

SIGNED this _____ day of _____, 2023, at _____.
           03/31/2023 | 1:15 PM PDT            Wenatchee, WA

DocuSigned by:
*Thomas F. O'Connell*
—B1BC04CE8D7C4DD...—
Thomas F. O'Connell, WSBA No. 16539
Moving Party

MOTION FOR PRO HAC VICE
PER LOCAL RULE 83.2(c)
Page 5
C:\ProgramData\activePDF\Temp\DocConverter\API\Input\$a10715
dce5a4$97A84D52767B4677BF3DFC9613A061F2.doc

LAW OFFICES OF
**DAVIS, ARNEIL LAW FIRM, LLP**
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

CERTIFICATE OF SERVICE

I certify that on this date, I sent for delivery a true and correct copy of the document to which is affixed by the method indicated below and addressed to the following:

| Brad P. Thoreson<br>Buchalter<br>1420 Fifth Ave, Ste 3100<br>Seattle, WA 98101<br>bthoreson@buchalter.com<br>*Attorney for Plaintiff* | | U.S. MAIL |
|---|---|---|
| | | PROCESS LEGAL SERVICE |
| | X | EMAIL |
| | | HAND DELIVERY |
| | | FACSIMILE |

DATED this _____ day of March, 2023.

_____
Kate Escalera

MOTION FOR PRO HAC VICE
PER LOCAL RULE 83.2(c)
Page 6
C:\ProgramData\activePDF\Temp\DocConverter\API\Input\$a10715
dce5a4$97A84D52767B4677BF3DFC9613A061F2.doc
C:\ProgramData\activePDF\Temp\DocConverter\API\Input\$a10715dce5a4$97A84D52767
B4677BF3DFC9613A061F2.doc

LAW OFFICES OF
**DAVIS, ARNEIL LAW FIRM, LLP**
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551