Thomas F. O'Connell, WSBA 16539
Davis, Arneil Law Firm, LLP
617 Washington St
Wenatchee, WA 98801
Telephone: (509)662-3551
Fax: (509)662-9074
Email: tom@dadkp.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| TINFRA, LLC, a Delaware limited liability company, | NO. 2;23-CV-00082 |
| Plaintiff, | **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |
| vs. | |
| BIT CAPITAL GROUP, LLC, a Delaware limited liability company; JIMMY ODOM, an individual; and JAMES THOMMES, an individual, | **JURY TRIAL DEMANDED** |
| Defendants. | |

COME NOW Defendants Bit Capital Group, LLC ("Bit Cap"), Jimmy Odom, and James Thommes, and for their Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), state:

### INTRODUCTION

Subject matter jurisdiction is lacking because there is not complete diversity among plaintiffs and defendants.

The Plaintiff, Tinfra, LLC, is a citizen of Illinois. A limited liability company, like Tinfra, "is a citizen of every state of which its owners/members are citizens." *Johnson v.*

Page 1

*Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The sole member of Tinfra, LLC, is Telnyx, LLC. (ECF No. 6). In turn, the sole member of Telnyx, LLC, is Telnyx, Inc. *Id*. As Tinfra's corporate disclosures show, Telnyx, Inc., has its principal place of business in Illinois, making Plaintiff Tinfra a citizen of Illinois. *Id*.

Defendant Bit Cap is also a citizen of Illinois. One of Bit Cap's members is Realis Group, LLC. Israel Idonije and Kelly Speck, each members of Realis Group, are individual citizens of Illinois. (*See* Ex. A, Declaration of Jimmy Odom). This makes Bit Cap a citizen of Illinois. Plaintiff's jurisdictional allegations in its Complaint are incorrect as to Bit Cap. (*See* ECF 1, ¶¶ 6, 9).

Because complete diversity between Plaintiffs and Defendants is lacking, Plaintiff's Complaint should be dismissed for want of subject matter jurisdiction.

## ARGUMENT

A Plaintiff's complaint may be dismissed for lack of subject jurisdiction pursuant to a motion filed under Rule 12(b)(1). "The party seeking to invoke the district court's diversity jurisdiction always bears the burden of both pleading and proving diversity jurisdiction." *Rainero v. Archon Corp.*, 844 F.3d 832, 840 (9th Cir. 2016). Here, Plaintiff Tinfra incorrectly alleges the Court has diversity jurisdiction.

Under 28 U.S.C. § 1332, the Court has diversity jurisdiction over civil actions where the matter in controversy exceeds $75,000 and is between "citizens of different states." The "complete diversity rule" stemming from this quoted language requires that "each of the plaintiffs must be a citizen of a different state than each of the defendants." *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1095 (9th Cir. 2004). Under this rule, "the presence in the action of a single plaintiff from the same State as a single defendant deprives the district court of original

Page 2

1   diversity jurisdiction over the entire action." *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545

2   U.S. 546, 553 (2005).

3          The citizenship of limited liability companies is determined by reference to the

4   citizenship of its members. That is, an LLC is a citizen of every state in which its members are

5   citizens. *Johnson*, 437 F.3d at 899. If the members of the LLC are also business entities—like

6   LLCs or corporations—then courts trace the citizenship of these "downstream" business entities

7   to determine the citizenship of the LLC named as a party in the lawsuit. *Asana Partners Fund*

8   *II Reit 14 LLC v. Heath Fam. I LLC*, No. C20-1034-JCC, 2020 WL 7241449, at *3 (W.D. Wash.

9   Dec. 9, 2020) ("It is well established that Plaintiffs must 'trace[ ] through however many layers

10  of partners or members there may be' to establish the citizenship of the underlying parties.'")

11  (quoting *Meyerson v. Harrah's E. Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002)).

12          Indeed, the Ninth Circuit in *Johnson* looked beyond the first layer of unincorporated

13  entities to determine the citizenship of a defendant. *Johnson*, 437 F.3d at 896, 899. There, the

14  defendant was a limited partnership whose only partners were two LLCs. *Id*. at 896. One of the

15  members of the LLCs was a trust. *Id*. at 899. To determine the citizenship of the underlying

16  plaintiff, the court looked to the citizenship of the trust's trustee, even though the trustee was

17  several layers removed from the underlying plaintiff (Plaintiff limited partnership → partner

18  LLC → member trust → trustee). *See id*.

19          Here, tracing the citizenship of Plaintiff Tinfra, LLC's, members demonstrates it is a

20  citizen of Illinois. Tinfra's sole member is Telnyx, LLC, another limited liability company,

21  whose sole member of Telnyx, LLC, is Telnyx, Inc. (ECF 1, ¶¶ 7-8). The citizenship of Telnyx,

22  Inc., which is a corporation, determines Plaintiff Tinfra's place of citizenship for jurisdictional

23  purposes. "[A] corporation is a citizen only of (1) the state where its principal place of business

24  Page 3

1    is located, and (2) the state in which it is incorporated." *Johnson*, 437 F.3d at 899. As Tinfra

2    stated in prior court filings and its Complaint, Telnyx, Inc., has its principal place of business in

3    Illinois. (ECF No. 1, ¶ 8; ECF No. 6). Because Telnyx's principal place of business is in Illinois,

4    Plaintiff Tinfra is a citizen of Illinois.

5         Defendant Bit Cap is also a citizen of Illinois under the tracing test. Like Tinfra, Bit Cap

6    is an LLC. One of Bit Cap's members is Realis Group, LLC. Israel Idonije and Kelly Speck,

7    individual citizens of Illinois, are members of Realis Group, LLC. (*See* Ex. A, Odom

8    Declaration). This makes Defendant Bit Cap a citizen of Illinois, just like Plaintiff Tinfra.

9                         **CONCLUSION**

10        Plaintiff Tinfra and Defendant Bit Cap are both citizens of Illinois. Complete diversity is

11    lacking, meaning this Court lacks diversity jurisdiction under 28 U.S.C. § 1332. Therefore,

12    Defendants request Tinfra's Complaint be dismissed with prejudice for lack of subject matter

13    jurisdiction, and such other relief as the Court considers just.[1]

14                DAVIS, ARNEIL LAW FIRM, LLP

15 

16                By _____

                  Thomas F. O'Connell, WSBA No. 16539

17                 Attorneys for Defendant Bit Capital Group

18                Ben McIntosh (*pro hac vice*)

                  SWMW Law, LLC

19                ben.mcintosh@swmwlaw.com

                  701 Market Street, Suite 1000

20                St. Louis, MO 63101

                  (314) 480-5180

21                (314) 932-1566 – Facsimile

22 

23 

_____

[1] Assuming *arguendo* the Court retains jurisdiction, Defendants demand a trial by jury.

24    Page 4

CERTIFICATE OF SERVICE

I certify that on this date, I sent for delivery a true and correct copy of the document to which is affixed by the method indicated below and addressed to the following:

| Bradley P. Thoreson, WSBA #18190<br>BUCHALTER<br>1420 Fifth Avenue, Suite 3100<br>Seattle, Washington 98101<br>Telephone: (206) 319-7052<br>Facsimile: (206) 855-5239<br>Email: bthoreson@buchalter.com | | U.S. MAIL |
| | | PROCESS LEGAL SERVICE |
| | | EMAIL |
| | | HAND DELIVERY |
| | | FACSIMILE |
| | X | CM/ECF Filing System |

DATED this 8th day of May, 2023.

By: _Kate Escalera_

C:\Users\thomas.o'connell\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\
C3UIYJRJ\Bit Cap - Draft motion to dismiss for lack of SMJ-695591.docx

LAW OFFICES OF
DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
WENATCHEE, WA 98801
TELEPHONE (509) 662-3551

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| TINFRA, LLC, | Case No. 2:23-cv-00082-ACE |
| Plaintiff, | |
| | **DECLARATION OF JIMMY ODOM** |
| v. | |
| BIT CAPITAL GROUP, LLC, et al. | |
| Defendants. | |

1.      I, Jimmy Odom, am a resident of the State of Washington, over the age of twenty-one, and have personal knowledge of the facts stated herein.

2.      Defendant Bit Capital Group, LLC, has three members: James Thommes, Jimmy Odom (myself), and Realis Group, LLC.

3.      Realis Group, LLC, is an Illinois limited liability company. The document attached hereto as Exhibit 1 reflects publicly available information from the Illinois Secretary of State's website concerning Realis Group, LLC.

4.      The members of Realis Group, LLC, are Israel Idonije and Kelly Speck, both of whom are individuals and residents of the State of Illinois.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____MAY 02, 2023_____.

_____
Jimmy Odom

EXHBIIT A

Corporation/LLC Search/Certificate of Good Standing



Office of the Secretary of State
# ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 03676676 |
| Entity Name | REALIS GROUP, LLC |
| Status | ACTIVE |

### Entity Information

Principal Office
200 W MADISON 3RD FLOOR
CHICAGO, IL 60606

Entity Type
LLC

Type of LLC
Domestic

Organization/Admission Date
Friday, 15 July 2011

Jurisdiction
IL

Duration
PERPETUAL

### Agent Information

EXHIBIT 1

Corporation/LLC Search/Certificate of Good Standing

Name
C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Thursday, 30 August 2012

## Annual Report

For Year
2022

Filing Date
Wednesday, 22 June 2022

## Managers

Name
Address
IDONIJE, ISRAEL
1420 S MICHIGAN AVE
CHICAGO, IL 606050000

Name
Address
SPECK, KELLEY
1420 S MICHIGAN AVE
CHICAGO, IL 606050000

## Old LLC Name

12/21/2012
REALIS CONSULTING GROUP, LLC

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

EXHIBIT 1

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.                Tue Mar 28 2023

EXHIBIT 1