Bradley P. Thoreson, WSBA #18190
BUCHALTER
1420 Fifth Ave., Ste 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Facsimile: (206) 855-5239
Email: bthoreson@buchalter.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| TINFRA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIT CAPITAL GROUP, LLC, a Delaware limited liability company; JIMMY ODOM, an individual; and JAMES THOMMES, an individual,<br><br>Defendants. | NO. 2:23-CV-00082-MKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, Tinfra LLC, hereby gives notice that that the above-captioned action is voluntary dismissed. None of the Defendants served an answer or motion for summary judgment in this action. Therefore, Plaintiff's voluntary dismissal shall be **without** prejudice and without fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(B).

//

//

//

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)- 1
NO. 2:23-CV-00082-MKD

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

| | | |
|---|---|---|
| 1 | DATED: May 10, 2023. | Respectfully Submitted |
| 2 | | |
| 3 | | *s/ Bradley P. Thoreson* |
| | | Bradley P. Thoreson, WSBA No. 18190 |
| 4 | | 1420 Fifth Ave., Ste 3100 |
| 5 | | Seattle, WA 98101-1337 |
| | | Phone: (206) 319-7052 |
| 6 | | Email: bthoreson@buchalter.com |
| 7 | | *Attorney for Plaintiff Tinfra LLC* |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(i)- 2
NO. 2:23-CV-00082-MKD

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and will send notification of such filing to the following:

Thomas F. O'Connell, WSBA #16539
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801
Phone: 509-662-3551
Email: tom@dadkp.com

Ben McIntosh (Admitted Pro Hac Vice)
SWMW Law, LLC
701 Market St., Ste 1000
St. Louis, MO 63101
Phone: 314-480-5180
Email: ben.mcintosh@swmwlaw.com

*Attorneys for Defendants*

Dated: May 10, 2023, at Seattle, Washington.

/s/ Marci L. Brandt
*Marci L. Brandt*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)- 3
NO. 2:23-CV-00082-MKD

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052